■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD LINO, Appellant. — Judgment, Supreme Court, New York County (Rothwax, J.), rendered on February 20, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Carro, Markewich and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES BROOKS, Appellant. — Judgment, Supreme Court, New York County (Leonforte, J.), rendered on July 27, 1979, unanimously affirmed. Application by assigned counsel to be relieved denied. No opinion. Concur — Murphy, P. J., Sandler, Lupiano, Bloom and Milonas, JJ.

■ RACHEL OLIVER, Respondent, v THEODORE S. JAFFIN, as Executor of FRIEDERIKE H. OBERLANDER, Deceased, et al., Defendants, and TENANTS ASSOCIATION OF 955 FIFTH AVE., INC., Appellant. — Appeals from orders, Supreme Court, New York County (Price, J.), entered on August 25, 1981 and November 18, 1981, respectively, withdrawn, with prejudice, and without costs. The order of this court entered herein on February 18, 1982 is vacated. No opinion. Concur — Kupferman, J. P., Ross, Carro, Silverman and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WHITE, Appellant. — Judgment, Supreme Court, Bronx County (Bernstein, J.), rendered on August 16, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sullivan, J. P., Ross, Markewich, Fein and Asch, JJ.